UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daryl Deon Everett**                            **Docket No. 5:05-CR-189-1H**

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daryl Deon Everett, who, upon an earlier plea of guilty to Count 2- Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and Count 3- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 7, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months.

Daryl Deon Everett was released from custody on March 5, 2019, at which time the term of supervised release commenced. On October 25, 2019, as a result of the defendant testing positive for marijuana on October 9, 2019, a Violation Report was forwarded to the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 21, 2019, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. Furthermore, the defendant admitted that he last used marijuana on December 1, 2019. As a sanction for this conduct and to deter future drug use, we would respectfully recommend that his supervision be modified to include 30 days of curfew with RF monitoring. We will continue to monitor his drug use through the Surprise Urinalysis Program and have increased his substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

                                           I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/ Keith W. Lawrence
                                           Keith W. Lawrence
                                           Senior U.S. Probation Officer
                                           150 Rowan Street Suite 110
                                           Fayetteville, NC 28301
                                           Phone: 910-354-2538
                                           Executed On: December 4, 2019

**ORDER OF THE COURT**

Considered and ordered this 4th day of Dec, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge